J-A15035-21

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| VINCULUM, INC | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GOLI TECHNOLOGIES, LLC | : | No. 2048 EDA 2020 |

Appeal from the Judgment Entered September 22, 2020
In the Court of Common Pleas of Bucks County Civil Division at No(s):
No. 2015-06333

| VINCULUM, INC | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| GOLI TECHNOLOGIES, LLC | : | |
| | : | |
| Appellant | : | No. 2127 EDA 2020 |

Appeal from the Judgment Entered September 22, 2020
In the Court of Common Pleas of Bucks County Civil Division at No(s):
No. 2015-06333

BEFORE:  BOWES, J., STABILE, J., and MUSMANNO, J.

JUDGMENT ORDER BY BOWES, J.:                    **FILED APRIL 11, 2024**

This appeal comes to us on remand from our Supreme Court.  ***See***

***Vinculum, Inc. v. Goli Techs., LLC***, 310 A.3d 231 (Pa. 2024).  While the

Court agreed with our decision as to another issue for which it granted review,

it reversed the majority decision of this Court as to the trial court's failure to

award attorney fees to Vinculum pursuant to the parties' contract.[1]  *Id*. (Slip Op. at 36-37).  In pertinent part, our High Court directed as follows:

> We reverse the Superior Court's decision affirming the trial court's denial of attorney fees and remand to the Superior Court with instructions to vacate the trial court's judgment and remand to the trial court for the trial court to hold a hearing solely on the issue of attorney fees.  At the hearing, the trial court should provide Vinculum with the opportunity to introduce evidence of the attorney fees that it incurred as a consequence of Goli LLC's breach of the Consulting Agreement.  If the evidence is properly admitted over any objections that Goli LLC may make, the trial court may consider the reasonableness of the attorney fees in light of the specific facts of the case and render some award in Vinculum's favor.

*Id*.

Accordingly, we hereby vacate the September 22, 2020 judgment and remand for the trial court to conduct a hearing on the issue of attorney fees in a manner consistent with our Supreme Court's instructions.

Judgment vacated.  Case remanded with instructions.  Jurisdiction relinquished.

Judge Musmanno did not participate in the post-remand consideration or decision of this case.

---

[1] ***See Vinculum, Inc. v. Goli Techs., LLC***, 268 A.3d 456, 2021 WL 5575829, at *5 (Pa.Super. 2021) (non-precedential decision) (affirming, *inter alia*, the trial court's decision not to award attorney fees).  ***But see id***. at *11-14 (Bowes, J., dissenting) (opining that the parties' contract entitled Vinculum to reasonable attorney fees).

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

Date: 4/11/2024